USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED MAY 27 2008

RECEIVED APR 2008 US ATTY SPOKANE WA

In the United States District Court

for the Eastern DISTRICT OF Washington

UNITED STATES OF AMERICA

v.

GENARO MEDINA-QUINTERO

CRIMINAL NUMBER: CR-07-0078-LRS

FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

MAY 19 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

**CR-08 00360**    JF PVT

I, Genaro Medina-Quintero, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead Guilty to the offense charged, to consent to the disposition of the case in the ~~Eastern~~ Northern District of ~~Washington~~ CA in which I, _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 4/11/08 2008 at 2:45 pm

Genaro Medina
(Defendant)

Lupita Arce
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)   Susan Knight

ATTEST A True Copy
JAMES R. LARSEN, Clerk
United States District Court
Eastern District of Washington
By _____ Approved
Deputy Clerk

| Earl A. Hicks, Assistant U.S. Attorney | Susan Knight, Assistant U.S. Attorney |
|---|---|
| United States Attorney for the | United States Attorney for the |
| Eastern District of | Northern District of |
| Washington | California |

**U.S. Department of Justice**                                                          Rule 20 -- Transfer Notice

| To: | Earl A. Hicks<br>Asssitant United States Attorney<br>U.S. Attorney's Office | District<br>Eastern District of Washington | Date<br>3/17/2008 |
|---|---|---|---|
| Name of Subject:<br>Genaro Medina-Quintero | | Statute Violated<br>18 U.S.C. § 922(g)(1),<br>18 U.S.C. § 924(g)(5)(A) | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
   **Date of Plea**     **Date of Sentence**     **Sentence**

| From *(Signature and Title)* | Address | U.S. Attorney's Office<br>Northern District of California<br>150 Almaden Blvd., Suite 900, San Jose, CA 95113 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                                              on              at           o'clock

*(Kindly notify me of any anticipated delay)*
☒ Enclosed are two certified copies of indictment or information              Docket No. CR-07-0078-LRS

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>*Earl A. Hicks, A.U.S.A.* | District<br>Eastern District of Washington | Date<br>3/17/2008 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**



FORM USA-231
NOV. 85