UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 9, 2008
**Case No.:** CR-05-0078 JW
**Related Case No.:** CR-08-0360 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** Benjamin Flores for Jessica Goldsberry
**Interpreter:** Lupita Arce (Spanish)

### TITLE

U.S.A. v. Genaro Medina-Quintero ( C)

**Attorney(s) for Plaintiff(s):** Susan Knight
**Attorney(s) for Defendant(s):** Nick Humy

### PROCEEDINGS

1. Judgment and Sentencing as to Count 1 of the Indictment
2. Arraignment, Plea, Judgment and Sentencing as to Rule 20 Transfer documents.

### ORDER AFTER HEARING

Hearing Held. Defendant Medina-Quintero present and in custody for proceedings. The Defendant was aided by a Spanish Language interpreter for proceedings.

**As to CR-05-0078 JW:** The Defendant was sentenced as to Count 1 of the Indictment. The Defendant was committed to 57 months BOP custody, this term of imprisonment is to run concurrently to CR-08-0360 JW USA v. Genaro Medina-Quintero. The Defendant is to serve 3 years Supervised Release to run concurrently as to CR-08-0360 JW USA v. Genaro Medina-Quintero.

**As to CR-08-0360 JW:** The Defendant was arraigned on the two Count Indictment and entered a guilty plea as to Count 1 of the Indictment. The Federal Public Defender's office was appointed as counsel of record for the matter. A plea agreement was executed in open court. The Government made an oral motion to dismiss Count 2 of the Indictment. The Court GRANTED the Government's motion, Count 2 of the Indictment is dismissed. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing . The Defendant was sentenced as to Count 1 of the Indictment. The Defendant is committed to 57 months BOP custody, this term of imprisonment is to run concurrently to CR-05-0078 JW USA v. Genaro Medina-Quintero. The Defendant is to serve 3 years Supervised Release concurrently to CR-05-0078 JW USA v. Genaro Medina-Quintero.

The Defendant is ordered to pay $200 special assessment (break down as follows: $100 special assessment in CR-05-0078 JW and $100 in CR-08-0360 JW). The Defendant is remanded to the custody of the United States Marshal Service.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C.Escolano/E-filed**