<div style="sidebar">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>MEDINA-QUINTERO,<br><br>        Defendant.<br>_____/ | NO. CR 08-00360 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    ____    Presentence Report

    ____    Plea Agreement

    _X_    Statement of Reasons

    ____    _____ (Other)

Dated: June 11, 2008

                                                    */s/ James Ware*
                                                    JAMES WARE
                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Marshal Service
280 South First Street
San Jose CA 95113

**Dated: June 13, 2008**  **Richard W. Wieking, Clerk**

By: *Elizabeth C. Garcia*
   **Elizabeth Garcia**
   **Courtroom Deputy**

**United States District Court**
For the Northern District of California